IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY HILL, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 16-0102-WS-B |
| | ) |
| TAI NHU TRAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Counsel has filed a motion to substitute, (Doc. 28), to which the defendants do not object. (Doc. 41). Accordingly, for the reasons stated therein and pursuant to Rule 25(a)(1), the motion is **granted**. Ashley Hill, Administratrix of the Estate of Charles Jiles Weaver, is **substituted** for Charles Weaver as the named plaintiff. All future filings shall so reflect.

DONE and ORDERED this 31st day of May, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE